UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __4__

Camacho
-v-
USA

U.S.C.A. # _____

U.S.D.C. # _07cv11517_

JUDGE: _KMW_

DATE: _Feb. 21, 2008_

*[Stamp: U.S. DISTRICT COURT FILED FEB 21 2008 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

Doc #1 already in USCA on Transfer Order

(X) Original Record                          (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 21st Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Camacho
-v-
USA

U.S.C.A. # _____

U.S.D.C. # 07-cv-11517

JUDGE: KMW

DATE: Feb. 21, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __2__ Through __3__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

Doc #1 already in USCA on Transfer Order.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21st Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11517-KMW
### Internal Use Only

Camacho v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 12/26/2007
Date Terminated: 12/26/2007
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | NOTICE OF MOTION OF Steven Camacho's petition pursuant to 28 U.S.C. 1651.Document filed by Steven Camacho.(laq) (Entered: 01/08/2008) |
| 12/26/2007 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 01/08/2008) |
| 12/26/2007 | 2 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 12/26/07. (Signed by Judge Kimba M. Wood on 12/26/07) (laq) (Entered: 01/16/2008) |
| 01/17/2008 | | Received a letter from the United States Court of Appeals - from the Second Circuit of New York acknowledging receipt of the entire file and assigned Case Number: 08-0304(OP). (ama) (Entered: 01/24/2008) |
| 02/20/2008 | 3 | NOTICE OF APPEAL from 2 Transfer Order U.S.C.A. Document filed by Steven Camacho. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 02/21/2008) |
| 02/20/2008 | | Appeal Remark as to 3 Notice of Appeal filed by Steven Camacho. $455.00 APPEAL FEE DUE. IFP REVOKED 12/26/07. COA DENIED 12/26/07. (tp) (Entered: 02/21/2008) |
| 02/21/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3 Notice of Appeal. (tp) (Entered: 02/21/2008) |
| 02/21/2008 | | Transmission of Notice of Appeal to the District Judge re: 3 Notice of Appeal. (tp) (Entered: 02/21/2008) |